Rick Aljabi, Esq. (SBN. 232931)
LAW OFFICES OF RICK ALJABI,
A PROFESSIONAL LAW CORPORATION
2221 Camino Del Rio South, Ste. 207
San Diego, California 92108
Tel: (619) 220-0500
Fax: (619) 220-0505
Rick@AljabiLaw.com

Attorneys for DEFENDANT FRANCIS PROPERTY INVESTMENTS , LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHITE,<br><br>　　Plaintiff,<br><br>v.<br><br>FRANCIS PROPERTY INVESTMENTS, LLC,<br><br>　　Defendant. | **Case No. 16CV2696-JAH-JLB**<br><br>**ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**Judge:**　　Hon. John A. Houston<br>**Courtroom:**　13B |

COMES NOW, Defendant FRANCIS PROPERTY INVESTMENTS, LLC (hereinafter "Defendant"), in answering Plaintiff's Complaint for Damages, hereby admits, denies, and alleges as follows:

## I. SUMMARY

1.　Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 1 of the Complaint and denies those allegations on that ground.

2.　Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 2 of the Complaint and deny those allegations on that ground.

## II. JURISDICTION & VENUE

3. Defendant admits the allegations of paragraph 3.

4. Defendant admits the allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5.

## III. VENUE

6. Defendant admits the allegations of paragraph 6.

## IV. PARTIES

7. Defendant admits the allegations of paragraph 7.

8. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 8 of the Complaint and deny those allegations on that ground.

## V. FACTS

9. Defendant admits the allegations of paragraph 9.

10. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 10 of the Complaint and deny those allegations on that ground.

11. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 11 of the Complaint and deny those allegations on that ground.

12. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 12 of the Complaint and deny those allegations on that ground.

13. Defendant denies the allegations of paragraph 13.

14. Defendant denies the allegations of paragraph 14.

## VI. FIRST CLAIM – AMERICAN WITH DISABILITIES ACT OF 1990

15. Defendant admits the allegations of paragraph 15.

16. Defendant admits the allegations of paragraph 16.

17. Defendant denies the allegations of paragraph 17.

18. Defendant admits the allegations of paragraph 18.

19. Defendant admits the allegations of paragraph 19.

20. Defendant denies the allegations of paragraph 20.

21. Defendant denies the allegations of paragraph 21.

22. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 22 of the Complaint and deny those allegations on that ground.

23. Defendant admits the allegations of paragraph 23.

24. Defendant denies the allegations of paragraph 24.

25. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 25 of the Complaint and deny those allegations on that ground.

26. Defendant admits the allegations of paragraph 26.

27. Defendant denies the allegations of paragraph 27.

28. Defendant admits the allegations of paragraph 28.

29. Defendant denies the allegations of paragraph 29.

30. Defendant admits the allegations of paragraph 30.

31. Defendant admits the allegations of paragraph 31.

### VII. SECOND CLAIM – DISABLED PERSONS ACT

32. Defendant admits the allegations of paragraph 32.

33. Defendant admits the allegations of paragraph 33.

34. Defendant admits the allegations of paragraph 34.

35. Defendant admits the allegations of paragraph 35.

36. Defendant denies the allegations of paragraph 36.

37. Defendant admits the allegations of paragraph 37.

38. Defendant admits the allegations of paragraph 38.

LAW OFFICES OF
RICK ALJABI,
APLC

TEL (619) 220-0500
FAX (619) 220-0505

ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES
CASE NO. 16CV2696-JAH-JLB

## VIII. THIRD CLAIM – UNRUH CIVIL RIGHTS ACT

39. Defendant admits the allegations of paragraph 39.
40. Defendant admits the allegations of paragraph 40.
41. Defendant admits the allegations of paragraph 41.
42. Defendant admits the allegations of paragraph 42.
43. Defendant denies the allegations of paragraph 43.
44. Defendant denies the allegations of paragraph 44.
45. Defendant denies the allegations of paragraph 45.
46. Defendant admits the allegations of paragraph 46.

## IX. FOURTH CLAIM – DENIAL OF FULL AND EQUAL ACCESS TO PUBLIC FACILITIES

47. Defendant admits the allegations of paragraph 47.
48. Defendant admits the allegations of paragraph 48.
49. Defendant admits the allegations of paragraph 49.
50. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 50 of the Complaint and deny those allegations on that ground.
51. Defendant lacks sufficient information or belief to admit or deny the allegations contained in paragraph 51 of the Complaint and deny those allegations on that ground.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state facts sufficient to constitute a cause of action or to state a claim on which relief can be granted against Defendant.
2. Plaintiff has waived all of the claims that he has asserted in his complaint.
3. Plaintiff's claims are barred by the doctrine of unclean hands.
4. Plaintiff's claims are barred by the Equitable Doctrine of Estoppel.

LAW OFFICES OF
RICK ALJABI,
APLC

TEL (619) 220-0500
FAX (619) 220-0505

ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES
CASE NO. 16CV2696-JAH-JLB

5. Plaintiff has failed to exercise reasonable care and diligence to avoid loss and to minimize damages, if any, and, therefore, Plaintiff may not recover for his own part, or by expenditures that might reasonably had been made and, therefore, Plaintiff's recovery, if any, should be reduced by the failure of the Plaintiff to mitigate damages, if any there be.

6. Plaintiff's claims are barred by the doctrine of laches.

7. Each alleged act or omission that gives rise to Plaintiff's claims was the result of an innocent mistake and/or bona fide error for which no liability can lie.

8. Plaintiff acquiesced in and/or consented to the acts or omissions alleged in the Complaint.

9. Defendant specifically deny they acted with any willfulness, oppression, fraud, malice towards, or intent to injure Plaintiff or others.

10. The acts and omissions alleged in the Complaint were justified.

11. If Plaintiff suffered or sustained any loss, injury, damage or detriment, it was directly and proximately caused by Plaintiff's own breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct.

12. Defendant acted in good faith and in accordance with all applicable government and industry standards, so that Plaintiff is barred from obtaining any recovery from it.

13. Plaintiff's claims are barred by the applicable statutory limitation.

14. Defendant allege they are not legally responsible for the acts and/or omissions of those Defendant named herein as DOES 1 to 10.

15. The Complaint fails to state any basis for injunctive relief because it fails to plead continuing acts, the threat of irreparable harm, or the inadequacy of a legal remedy.

**ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES
CASE NO. 16CV2696-JAH-JLB**

16. The structure or area of the alleged violation of the Complaint was a new construction or an improvement that was approved by, and passed inspection by, the local building department permit and inspection process on or after January 1, 2008 and therefore, Defendant are entitled to a reduction of statutory damages owed to Plaintiff, if any, pursuant to California's Construction-Related Accessibility Standards under Civil Code § 55.51 et.seq. and as set forth under Civil Code § 55.56. Furthermore, Defendant have corrected any alleged violations complained of within 60 days of service of the Complaint. Defendant reserve the right to invoke all other pertinent provisions of California's Construction-Related Accessibility Standards that may entitle Defendant to a reduction of statutory damages.

17. Defendant allege they presently have insufficient knowledge and information upon which to form a belief as to whether Defendant may have additional, yet unstated, affirmative defenses. Defendant reserve the right to assert additional affirmative defenses in the event discovery and investigation indicate additional affirmative defenses are appropriate.

WHEREFORE, having fully answered, Defendant prays for judgment as follows:

1. That Plaintiff's Complaint be dismissed;

2. That Plaintiff takes nothing by said Complaint by reason thereof;

3. That Defendant be awarded reasonable attorney's fees and costs of suit incurred herein; and

4. For such other and further relief as this court may deem just and proper.

LAW OFFICES OF
RICK ALJABI,
APLC

TEL (619) 220-0500
FAX (619) 220-0505

ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES
CASE NO. 16CV2696-JAH-JLB

LAW OFFICES OF RICK ALJABI,
A PROFESSIONAL LAW CORPORATION

Dated: December 19, 2016         By: /s/ *Rick Aljabi*
                                     Rick Aljabi, Esq.
                                     Attorney for Defendant
                                     FRANCIS PROPERTY
                                     INVESTMENTS , LLC;

| | |
|---|---|
| 1 | **Case Name:** White v. Francis Property Investments, LLC<br>**Case No.:** 16CV2696-JAH-JLB |
| 2 | |
| 3 | **CERTIFICATE OF SERVICE** |
| 4 | |
| 5 |     I hereby certify that I electronically filed the foregoing **ANSWER OF DEFENDANT FRANCIS PROPERTY INVESTMENTS, LLC TO PLAINTIFF'S COMPLAINT FOR DAMAGES** with the Clerk of the Court for the United States Court via the CM/ECF system on December 19, 2016, and that service on the following will be accomplished by the CM/ECF system: |

SCOTTLYNN J. HUBBARD IV, ESQ.
KHUSHPREET R. MEHTON, ESQ.
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
USDCSo@HubsLaw.com
KRMehton@hubslaw.com

*Attorneys for Plaintiff*

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: December 19, 2016          /s/ Janet Patros
                                                 Janet Patros